170 So.2d 508

## MANUFACTURERS AND TRADERS TRUST COMPANY

v.

## BANK OF LOUISIANA IN NEW ORLEANS and National Bank of Commerce in New Orleans.

No. 47531.

Jan. 18, 1965.

In re: Bank of Louisiana in New Orleans and National Bank of Commerce in New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So. 2d 383.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

170 So.2d 508

## MOROCK FORD, INC.

v.

## Andres J. GARSAUD and Administrator of the Division of Employment Security.

No. 47562.

Jan. 18, 1965.

In re: Andrew J. Garsaud applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 168 So.2d 345.

Writ refused. There appears no error of law in the ruling complained of.

170 So.2d 508

## John P. DOWLING

v.

## The MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, United States Fidelity and Guaranty Company and Aetna Casualty and Surety Company.

No. 47559.

Jan. 18, 1965.

In re: Aetna Casualty and Surety Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 168 So.2d 107.

Writ refused. There is no error of law in the judgment complained of.